U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 1 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANDRE FILLMORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-746-A |
| | § | |
| LIBERTY INSURANCE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

On October 17, 2017, the court ordered plaintiff, Andre Fillmore, to file by October 24, 2017, an amended complaint bearing in mind the pleading requirements applicable in federal court and the undersigned's judge-specific requirements. The order cautioned that failure to comply with the order could result in the dismissal of plaintiff's claims without further notice. On October 26, 2017, having still not received plaintiff's amended complaint, the court ordered plaintiff by 4:00 p.m. on October 31, 2017, to show cause, by appropriate written filing, why the court should not dismiss the above-captioned action for plaintiff's failure to comply with the court's October 17, 2017 order for repleading. The court again warned that noncompliance could result in dismissal of plaintiff's claims.

Later in the day on October 26, 2017, plaintiff presented for filing an amended complaint, and on October 27, 2017,

plaintiff presented for filing a response to the show cause order. Both documents were unfiled and stricken from the record for being signed by a law firm in violation of the judge-specific requirements of the undersigned. As of the date of the signing of this order, plaintiff has not filed in a proper form an amended complaint or a response to the court's October 26, 2017 show cause order.[1] The court finds that no lesser sanction than dismissal would be appropriate or effective.

Therefore,

The court ORDERS that plaintiff's claims against defendant, Liberty Insurance Corporation, be, and are hereby, dismissed.

SIGNED November 1, 2017.

_____
JOHN McBRYDE
United States District Judge

---

[1] On the date of the signing of this order, plaintiff presented for filing another set of those documents, which again, failed to comply with the undersigned's judge-specific requirements.

2