IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANDRE FILLMORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-746-A |
| | § | |
| LIBERTY INSURANCE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the order signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Andre Fillmore, in the above-captioned action against defendant, Liberty Insurance Corporation, be, and are hereby, dismissed.

SIGNED November 1, 2017.

_____
JOHN McBRYDE
United States District Judge